[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-11985
Non-Argument Calendar
_____

D.C. Docket No. 3:05-cr-00059-TJC-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LEONARD D. GRICE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 5, 2015)

Before JORDAN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Leonard Grice in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the judgment revoking Grice's supervised release and his resulting sentence are **AFFIRMED**.